UNITED STATES of America, Plaintiff—Appellee,

v.

Tomas RUIZ–GONZALEZ, Defendant—Appellant.

No. 05–10684.

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2006.*

Decided June 16, 2006.

Christine S. Watson, U.S. Attorney's Office, San Francisco, CA, for Plaintiff-Appellee.

Barry J. Portman, Esq., Federal Public Defender's Office, San Francisco, CA, for Defendant–Appellant.

Before: KLEINFELD, PAEZ and BERZON, Circuit Judges.

MEMORANDUM **

Tomas Ruiz–Gonzalez appeals the sentence imposed following his conviction for unlawful reentry of a deported alien in

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

violation of 8 U.S.C. § 1326. Ruiz–Gonzalez contends that the district court erred in enhancing his sentence under 8 U.S.C. § 1326(b) based on a non-jury fact-finding regarding his prior conviction. As Ruiz–Gonzalez concedes, his contention is foreclosed by this court's precedent, and he raises the issue only to preserve it should legal precedent change. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (holding that we are bound to follow *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), even though it has been called into question, unless it is explicitly overruled by the Supreme Court); *United States v. Quintana–Quintana,* 383 F.3d 1052, 1053 (9th Cir.2004).

**AFFIRMED.**